UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8343-WM

UNITED STATES OF AMERICA

v.

MARIN HELBER ARREAGA,
 a/k/a Marin Arreaga-Galvez,

　　　　　　　Defendant.
_____/

FILED BY ___SW___ D.C.
Jun 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No


Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____/s/ Aurora Fagan_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: Aurora.Fagan@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No. 25-8343-WM |
| MARIN HELBER ARREAGA, | ) | |
| a/k/a Marin Arreaga-Galvez, | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY __SW__ D.C.
Jun 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 22, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: June 25, 2025

_Judge's signature_

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate
*Printed name and title*
Judge

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Marin Helber ARREAGA, also known as Marin Arreaga GALVEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about June 22, 2025, Marin Helber ARREAGA was arrested in Palm Beach County, Florida on charges of burglary of an occupied dwelling, aggravated assault with a deadly weapon, resist without violence, and criminal mischief. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Marin Helber ARREAGA is a native and citizen of Guatemala. Records further show that on or about September 4, 2014, Marin Helber ARREAGA was ordered removed from the United States. The Order

1

of Removal was executed on or about September 10, 2014, whereby Marin Helber ARREAGA was removed from the United States and returned to Guatemala.

5. Thereafter, Marin Helber ARREAGA re-entered into the United States illegally, his prior order of removal was reinstated, and on or about October 22, 2021, was removed for the second time and returned to Guatemala.

6. Records further show that on or about October 8, 2021, in the United States District Court, District of Arizona, Marin Helber ARREAGA was convicted of the felony offense of Reentry of Removed Alien, case number CR-21-01439-001-TUC-JGZ.

7. Marin Helber ARREAGA's fingerprints taken in connection with his June 22, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Marin Helber ARREAGA.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Marin Helber ARREAGA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Marin Helber ARREAGA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 22, 2025, Marin Helber ARREAGA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the

Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  25th    day of June 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   MARIN HELBER ARREAGA, a/k/a Marin Arreaga-Galvez

**Case No**:

Count #1

Illegal Re-entry after Removal

Title 8, United States Code, Section 1326(a) and (b)(1)

* **Max. Term of Imprisonment:**   10 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Year
* **Max. Fine:**   $250,000
* **Special Assessment:**   $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**